IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA
    PLAINTIFF,

    V.        Case No. 4:15-CR-00151-O(29)

AMBER SHAW
    DEFENDANT.

**DEFENDANT AMBER SHAW'S
MOTION FOR CONTINUANCE OF SENTENCING HEARING**

TO THE HONORABLE JUDGE OF SAID COURT:

The Defendant in the above styled and numbered cause, AMBER SHAW, under the Sixth Amendment to the United States Constitution and 18 U.S.C. 3161(h)(8), respectfully moves the Court for an order continuing the present sentencing hearing date of June 21, 2016 at 9:00 a.m. In support of this motion, AMBER SHAW would show the Court as follows:

**I**.

Counsel for the Defendant needs additional time to prepare due to a death in the family. Moreover, Defendant's cooperation is ongoing. Defendant is requesting a continuance until after December 31, 2016 due to information is still being developed for a possible 5(K) motion. Further, pending legislation before Congress may have a substantial effect on the sentencing guidelines as applied to this defendant.

This Motion for Continuance is not made for purposes of delay, but that justice may be done.

The Defendant waives the right to a speedy trial conditioned on the Court's granting of this motion.

**II.**

Counsel for the Defendant conferred with Assistant United States Attorney Shawn Smith about this motion on June 20, 2016.  The government is NOT opposed to this motion.

AMBER SHAW prays that the Court enter an order continuing the sentencing hearing date of June 21, 2016.

Respectfully Submitted,

/s/ Patrick G. Barkman
Patrick G. Barkman
Texas State Bar Number:  24001236
13 N. Main Street
CLEBURNE, TX 76033
Telephone:  (817) 558-4719
Fax:  (817) 645-3100
E-mail:  patrick@barkmanlawyer.com
Attorney for the Defendant,
AMBER SHAW

**CERTIFICATE OF SERVICE**

I certify that a true and exact copy of the Defendant AMBER SHAW's Motion for Continuance was emailed to Shaw Smith, Assistant United States Attorney on the 20th day of June, 2016.

/s/ Patrick G. Barkman
Patrick G. Barkman

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA
    PLAINTIFF,

V.     Case No. 4:15-CR-00151-O(29)

AMBER SHAW
    DEFENDANT.

**ORDER ON DEFENDANT AMBER SHAW'S
MOTION FOR CONTINUANCE OF SENTENCING HEARING**

Defendant AMBER SHAW's Motion for Continuance is hereby:

_____     GRANTED

_____     DENIED

Signed in _____, Texas on this the \_\_\_\_\_ day of _____, 2016.

_____
United States District Judge